AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

J.N.J ARCHITECTURAL METAL &
GLASS, LLC
d/b/a JNJ Architectural Metal & Glass, LLC

CA: Case: 1:07-cv-01502
Assigned To : Friedman, Paul L.
Assign. Date : 8/22/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

J.N.J. ARCHITECTURAL METAL & GLASS, LLC
d/b/a JNJ Architectural Metal & Glass, LLC
300 Benton Street
Stratford, CT  06615

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within    twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 22 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                        Date                *Signature of Server*

                                    _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received Mail Room
AUG 22 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

AFFIDAVIT OF SERVICE

**International Painters and Allied Trade Industry Pension Fund**

vs.

CASE NO.: 1:07-CV-01502

**J.N.J. Architectural Metal and Glass LLC**

_____/

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN   ss.

Kevin Farina, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on 09/29/2007 at 1:45 PM, Deponent served the within named **J.N.J. Architectural Metal and Glass LLC** by delivering a true copy of the Summons and Complaint to Joann DeForsche, Registered Agent, a person authorized to accept service on behalf of **J.N.J. Architectural Metal and Glass LLC**.
Said service was effected at **40 Fairview Avenue, Trumbull, CT 06611**.

Description:
Sex: Female – Age: 41 – Skin: White – Hair: Brown – Height: 5'7 – Weight: 145
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

Sworn to and subscribed before me this ___ day of October, 2007 by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

x _____
Kevin Farina
Date: 10/1/07

Client File#:   – Our File# 32442

STEPHEN TOMKOWSKI
*NOTARY PUBLIC*
My Commission Expires Aug. 31, 2011