## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                     )
                    Plaintiff,       )        CIVIL ACTION NO. 07-1502 (PLF)
          v.                         )
                                     )
J.N.J. ARCHITECTURAL METAL           )
& GLASS, LLC                         )
     d/b/a JNJ Architectural Metal & Glass, LLC )
                                     )
                    Defendant.       )

## REQUEST TO CLERK TO ENTER
## DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, J.N.J. Architectural Metal & Glass, LLC

d/b/a JNJ Architectural Metal & Glass, LLC ("Defendant") for failure to plead or otherwise

defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the

attached Declaration of Kent Cprek.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                              BY:/s/    Kent Cprek
                              KENT CPREK
                              Bar No. 478231
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street, Independence Square
                              Philadelphia, PA 19106-3683
                              (215) 351-0615
Date: November 5, 2007         Attorney for Plaintiff

OF COUNSEL:
PHILIP A. LOZANO
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669
189537-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1502 (PLF) |
| v. | ) ) | |
| J.N.J. ARCHITECTURAL METAL & GLASS, LLC d/b/a JNJ Architectural Metal & Glass, LLC | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Kent Cprek, Esquire, declares and states as follows:

1.   I am the attorney for the Plaintiff in the above-entitled action.

2.   The Complaint and Summons in this action were served on Defendant, J.N.J. Architectural Metal & Glass, LLC d/b/a JNJ Architectural Metal & Glass, LLC ("Defendant") on October 1, 2007, by Kevin Farina, Process Server, who served Joann DeForsche, Registered Agent at 40 Fairview Avenue, Trumbull, CT 06611. The Return of Service has been duly docketed with the Court.

3.   The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4.   Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5.   Defendant is neither an infant nor an incompetent person and, as a company, J.N.J. Architectural Metal & Glass, LLC d/b/a JNJ Architectural Metal & Glass, LLC is not in

189537-1

the military service.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/      Kent Cprek
KENT CPREK, ESQUIRE

Date: November 5, 2007

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request

to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class

mail, postage prepaid, on the date listed below to:


J.N.J. Architectural Metal & Glass, LLC
d/b/a JNJ Architectural Metal & Glass, LLC
300 Benton Street
Stratford, CT 06615

J.N.J. Architectural Metal & Glass, LLC
d/b/a JNJ Architectural Metal & Glass, LLC
40 Fairview Avenue
Trumbull, CT 06611


s/    Kent Cprek
KENT CPREK, ESQUIRE

Date: November 5, 2007

189537-1