Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

    Plaintiff(s)

Civil Action No. 07-1502 PLF

v.

J.N.J. ARCHITECTURAL METAL & GLASS LLC

    Defendant(s)

RE: J.N.J. ARCHITECUTRAL METAL & GLASS LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/29/07, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of November, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk