UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
INTERNATIONAL PAINTERS AND          )
ALLIED TRADES INDUSTRY FUND,        )
                                              )
        Plaintiff,                          )
                                              )
        v.                                   )         Civil Action No. 07-1502   (PLF)
                                              )
J.N.J ARCHITECTURAL METAL          )
& GLASS, L.L.C.,                          )
                                              )
        Defendant.                      )
_____)

ORDER

        Plaintiff's verified complaint, an original summons and all attachments thereto

were served on defendant on September 29, 2007.  An affidavit of said service has been filed

with the Court.  On November 6, 2007, the Clerk of the Court for the United States District Court

for the District of Columbia declared that defendant is in default for failure to plead or otherwise

defend this action.  Plaintiffs have not yet filed a motion for entry of default judgment.

Accordingly, it is hereby

        ORDERED that plaintiffs shall file a motion for entry of default judgment on or

before November 22, 2007.

        SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: November 8, 2007