UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY FUND, ) ) ) ) Plaintiff, ) ) v. ) ) J.N.J ARCHITECTURAL METAL ) & GLASS, L.L.C., ) ) Defendant. ) | Civil Action No. 07-1502 (PLF) |

ORDER

The Court has before it plaintiff's Motion for Entry of Judgment By Default. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on September 29, 2007. An affidavit of said service has been filed with the Court. On November 6, 2007, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks certain injunctive relief and $38,592.02 for unpaid contributions, interest, liquidated damages, late charges, attorneys' fees and costs. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by December 3, 2007 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 19, 2007