UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 07-1502   (PLF) |
| J.N.J ARCHITECTURAL METAL & GLASS, L.L.C., ) ) ) ) | |
| Defendant. ) ) | |

ORDER AND JUDGMENT

The Court has before it plaintiff's motion for entry of judgment by default. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on September 29, 2007.  An affidavit of said service has been filed with the Court.

On November 6, 2007, the Clerk of the Court of the United States District Court for the District of Columbia declared that defendant – who is not an infant or incompetent person – is in default for failure to plead or otherwise defend this action.

Plaintiff filed its motion for entry of judgment by default on November 14, 2007. Plaintiff seeks certain injunctive relief and $38,812.02 for unpaid contributions, late charges, interest, liquidated damages, and attorneys' fees and costs.  On November 19, 2007, the Court issued an order for defendant to show cause by December 3, 2007 why a default judgment should not be entered in favor of plaintiff.  That date has passed without a response from the defendant. Plaintiff's motion for default judgment will be granted.  See FED. R. CIV. P. 55(b)(2). Accordingly, it is hereby

ORDERED that plaintiff's motion for entry of judgment by default [6] is GRANTED; it is

FURTHER ORDERED that judgment be entered against defendant J.N.J. Architectural Metal & Glass, L.L.C. in the amount of thirty-eight thousand eight hundred twelve dollars and two cents ($38,812.02) itemized as follows:

   1.  Unpaid contributions for the period of February 2006 through October 2006 and April 2007 through September 2007 in the amount of $26,815.40;

   2.  Late charges for the period February 2006 through March 2007 in the amount of $910.42;

   3.  Interest from the date contributions became due through October 31, 2007 in the amount of $542.05;

   4.  Liquidated damages in the amount of $7,021.39;

   5.  Attorneys' fees and costs in the amount of $3,522.76 incurred by plaintiff through November 13, 2007; it is

FURTHER ORDERED that defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them are hereby enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which defendant is obligated to do so under its collective bargaining agreement(s); it is

FURTHER ORDERED that within twenty (20) days of the entry of this Order, defendant shall fully and accurately complete and submit to the plaintiff any and all outstanding remittance reports, together with a check for the full amount of contributions, dues and other amounts owing, including interest and liquidated damages; it is

FURTHER ORDERED that within twenty (20) days of a request by plaintiff or its counsel, defendant shall make available to plaintiff's designated representative all records necessary for plaintiff to ascertain the precise amount of any delinquent contributions due and owing to plaintiff. Such records may include but are not limited to payroll, wages, general ledger and cash disbursement records, and compensation insurance audits; it is

FURTHER ORDERED that if additional delinquencies are discovered pursuant to the submission of the remittance reports or the audit referred to above, or as a result of additional information that becomes available to plaintiff, plaintiff may apply to the Court for an additional or supplemental judgment; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 25, 2008